STATE OF NEW JERSEY v. JULIUS BLUE, III.

October 29, 1974. Petition for certification denied. (See 129 *N. J. Super.* 8)

GEORGE E. LOGAN v. TWP. OF NORTH BRUNSWICK.

October 29, 1974. Petition for certification denied. (See 129 *N. J. Super.* 105)

STATE OF NEW JERSEY v. ALBERT AVELLA.

October 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD TUMMINELLO.

October 29, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT J. DOONEY.

October 29, 1974. Petition for certification denied.

LAWRENCE MALL ASSOCIATES v.
TWP. COUNCIL OF TWP. OF LAWRENCE.

October 29, 1974. Petition for certification denied.